**Cleopatra MCDOUGAL–SADDLER, Appellant,**

v.

**Alexis M. HERMAN, Secretary, U.S. Department of Labor, Appellee.**

No. 98–1068.

United States Court of Appeals, Third Circuit.

Feb. 24, 1999.

Present: McKEE, RENDELL, Circuit Judges and DEBEVOISE, Senior District Judge.*

---

## ORDER

McKEE, Circuit Judge.

It is hereby ORDERED that the slip opinion filed in this case on November 17, 1998 be vacated.